IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WALTER T. GUFFEY, JR.,
#5570-19                                                                                          PLAINTIFF

V.                          CASE NO. 4:19-CV-363-BD

LUCAS EMBERTON, *et al*.                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 30th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE